| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Tunheim, John R | 2. Court or Organization District of Minnesota | 3. Date of Report 5/15/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address  13E United States Courthouse 300 South Fourth Street Minneapolis, MN 55415 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Council Member and Delegate | Govt & Public Sector Lawyers Division, American Bar Association |
| 2. Director | Norwegian-American Historical Association (nonprofit organization) |
| 3. Director | St. Croix Valley Community Foundation (nonprofit organization) |
| 4. Director | Federal Judges Association |
| 5. Director | American Judicature Society |
| 6. Director | Federal Bar Association, Minnesota Chapter |
| 7. Director | America's Child (nonprofit organization) |
| 8. Director | America's Child Minnesota (nonprofit organization) |
| 9. Advisor | Central European and Eurasian Law Initiative, American Bar Association |
| 10. Liaison | Advisory Committee to the Standing Committee on Election Law, American Bar Association |
| 11. Advisor | Advisory Committee to the Norwegian Nobel Peace Prize Forum |
| 12. Advisor | Advisory Board to the Hubert H. Humphrey Institute of Public Affairs at the University of Minnesota |
| 13. Regent | Concordia College, Moorhead, MN |

RECEIVED 2006 MAY 22 P 12: 27 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|

1.

2.

3.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Tunheim Partners, Minneapolis, MN |
| 2. 2005 | Bush Foundation, St. Paul, MN (Director Compensation) |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Lexis Nexis | 1/30/05 - 1/31/05 (Phoenix, AZ) transportation, lodging and food to speak at continuing legal education seminar |
| 2. Marcus Evans | 3/1/05 (New York, NY) transportation to speak at continuing legal education seminar |
| 3. American Constitution Society | 11/2/05 (Des Moines, IA) transportation to speak at law school |
| 4. Federal Judges Association | 5/15/05 - 5/16/05 (Arlington, VA) transportation, lodging and food to participate in meeting of Board of Directors |
| 5. American Bar Association, Central European and Eurasian Law Initiative | 10/17/05 (Washington, DC) transportation and lodging to participate in meeting of Board of Advisors |
| 6. American Bar Association, Government and Public Sector Lawyers Division | 10/21/05 - 10/22/05 (Sante Fe, NM) transportation and lodging to attend council meeting |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R | 5/15/2006 |

7. American Bar Association, House of Delegates     2/14/05 (Salt Lake City, UT) transportation to attend council and assembly meeting

8. American Bar Association, Government and Public Sector Lawyers Division     2/12/05 - 2/14/05 (Salt Lake City, UT) lodging for council meeting

9. American Bar Association, Government and Public Sector Lawyers Division     6/2/05 (Washington, DC) transportation and lodging for council meeting;

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R | 5/15/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Honorary Membership (est. dues) | Minneapolis Club | $ 4200.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Excel Bank - Minneapolis MN | Working Capital Line of Credit for Tunheim Partners | N |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R | 5/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Hiway Federal Credit Union. St. Paul, MN (Bank Accts) | A | Interest | J | T | | | | | |
| 2. Schwab One Money Market Account | A | Interest | | | SELL | var | M | | |
| 3. State of Minnesota Deferred Compensation Account | | None | J | T | . | | | | |
| 4. Honeywell Retirement Benefit Plan | | None | K | T | | | | | |
| 5. Tunheim Partners Co. 401(k) Fidelity Advisors Ltd Term (form | | None | M | T | | | | | |
| 6. Atlas Energy for the Nineties Public Officer #4 | A | Distribution | J | T | | | | | |
| 7. Cisco Systems Inc. Stock * | | None | | | SELL | 2/1 | J | A | |
| 8. Intel Corp. Stock * | | None | | | SELL | 1/31 | J | A | |
| 9. Schwab Bank Deposit Account (formerly Money Market Fund * | A | Interest | J | T | BUY | var | M | | |
| 10. | | | | | PAR SELL | var | M | . | |
| 11. Wells Fargo Bank | B | Interest | K | T | | | | | |
| 12. Pine City General Obligation Municipal Bonds | A | Interest | | | SELL | 2/1 | K | A | |
| 13. Hennepin County MN Lease Municipal Bonds | A | Interest | | | SELL | 10/18 | K | A | |
| 14. Pine City General Obligation Bonds | B | Interest | | | SELL | 10/17 | K | B | |
| 15. Medtronic * | A | Dividend | | | SELL | 1/31 | J | A | |
| 16. Diamonds Trust Series I * | A | Dividend | | | SELL | 1/27 | J | A | |
| 17. Longleaf Partners Small-Cap * | | None | | | SELL | 1/27 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,001 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R | 5/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Matthews Asian Growth & Income Mutual Fund * | | None | | | SELL | 1/27 | J | B | |
| 19. American Balanced Fund - All Cap Blend | D | Dividend | M | T | BUY | 2/04 | K | | |
| 20. Dodge & Cox Balanced Large Cap Fund | D | Dividend | M | T | BUY | 2/04 | K | | |
| 21. S & P 500 (Index Based Fund)* | A | Dividend | | | SELL | 2/3 | J | A | |
| 22. iShares Trust S&P Midcap Fund* | | None | | | SELL | 2/3 | K | B | |
| 23. iShares Trust S&P Smallcap Fund* | | None | | | SELL | 1/28 | K | B | |
| 24. Washington Mutual Investors | A | Dividend | K | T | BUY | 2/07 | K | | |
| 25. Investment Co of America | B | Dividend | K | T | BUY | 1/31 | K | | |
| 26. Baron Asset | B | Dividend | K | T | BUY | 2/3 | K | | |
| 27. | | | | | BUY | 2/7 | J | | |
| 28. Capital World Growth & Income | B | Dividend | K | T | BUY | 1/27 | K | | |
| 29. Royce Total Return | A | Dividend | K | T | BUY | 1/27 | J | | |
| 30. New World Fund | A | Dividend | J | T | BUY | 1/28 | J | | |
| 31. Capitol Income Builder | B | Dividend | K | T | BUY | 1/28 | K | | |
| 32. | | | | | BUY | 2/7 | J | | |
| 33. Money Market Fund | A | Interest | J | T | BUY | var | L | | |
| 34. Sit MN Tax Free Income | A | Dividend | J | T | BUY | 2/8 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R | 5/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | SELL | 10/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R | 5/15/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R | 5/15/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature       Date May 15, 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

```
                    FILING INSTRUCTIONS

          Mail signed original and 3 additional copies to:

          Committee on Financial Disclosure
          Administrative Office of the United States Courts
          Suite 2-301
          One Columbus Circle, N.E.
          Washington, D.C. 20544
```